FILED
WILLIAMSPORT
AUG 20 2024
PER ___NR___
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 4:24-CR-217 |
| | : | |
| v. | : | |
| | : | (Chief Judge Brann) |
| JAMAR MCDOWELL | : | |
| Defendant | : | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Controlled Substances)

On or about May 30, 2024, in Bradford County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**JAMAR MCDOWELL,**

did knowingly, intentionally and unlawfully possess with intent to distribute controlled substances, that is, 50 grams and more of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II Controlled Substance; 500 grams and more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; an unspecified amount of fentanyl, a Schedule II Controlled Substance; an unspecified amount of psilocin (psilocybe mushrooms), a

Schedule I Controlled Substance; and an unspecified amount of marijuana, a Schedule I Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), (B), (C), and (D).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### 18 U.S.C. § 924(c)
(Possession of Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 30, 2024, in Bradford County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**JAMAR MCDOWELL,**

did knowingly possess a firearm, that is, a Glock 37 .45 caliber handgun, bearing serial number FYC503, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of this Indictment.

In violation of Title 18, United States Code, Sections 924(c), 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Sections 924(c), the defendant,

**JAMAR MCDOWELL,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses; and any firearms or ammunition involved in the criminal offenses. The property to be forfeited includes, but is not limited to the following, seized on or about May 30, 2024:

3

    **a.**    a Glock 37 .45 caliber handgun, bearing serial number FYC503;

    **b.**    a Dan Wesson Arms revolver, bearing serial number 15228;

    **c.**    a Marlin rifle, bearing serial number 98681231;

    **d.**    a Marlin rifle, bearing serial number 71556002;

    **e.**    a Tapco rifle, bearing serial number H-284780;

    **f.**    a Mossberg shotgun, bearing serial number G906528;

    **g.**    ammunition and magazines; and

    **h.**    $56,521.00 in U.S. currency, seized from 249 Fairbanks Road, Columbia Cross Roads, Pennsylvania on May 30, 2024, in Bradford County, Pennsylvania.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

Case 4:24-cr-00217-MWB   Document 1   Filed 08/20/24   Page 5 of 5

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

*Tatum Wilson*
TATUM R. WILSON
Assistant United States Attorney

8-20-24
Date